UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                    Case No. 8:15-cr-175-T-30AAS

LOIS LUIS

**FORFEITURE MONEY JUDGMENT AND
PRELIMINARY ORDER OF FORFEITURE FOR DIRECT ASSETS**

THIS CAUSE comes before the Court upon the United States of America's

Motion (Doc. 142) for:

(1)    a Forfeiture Money Judgment against the defendant in the amount

of $2,122,543.40; and

(2)    a Preliminary Order of Forfeiture for the following assets:

(a)    the real property, attachments thereto, and appurtenances
thereon, located at 6703 N. Armenia Avenue, Tampa, Florida
33604, more particularly described as:

Commencing at the Northwest Corner of Lot 19, Block B of
1st Addition to Ayala's Grove Subdivision which point is 780.0
feet South and 36.64 feet East of the  Northwest  Corner  of
Section 35, Township 28 South, Range 18 East and on the
East Right-of-Way line of Armenia Avenue; Continue thence
along said East RM/line a distance of 300.0 feet for a point of
beginning; Run thence East a distance of 224.0 feet to the
West Boundary of Grovewood Court Subdivision which point
is 24.22 feet south of the Northwest Corner of Lot 5, Block 1
of Said Subdivision.; Run thence South along the West
Boundary of Grovewood Subdivision.; A distance of 202.0 feet
which point is 63.0 feet North of the South Boundary of the
Northwest % of the Northwest % in Section 35; Run thence
West and parallel to the South Boundary of the Northwest %

of the Northwest % in Section 35; A distance of 224.0 feet to the East RM/line of Armenia Avenue; And thence North along said RM/line a distance of 202.8 feet to the P.O.B., Lying and being in Hillsborough County, Florida.   Less and except any portion of the above described property appearing in Judgment in favor of the City of Tampa, as recorded in Official Record Book 3016, Page 84, Public Records of Hillsborough County, Florida.

Parcel Identification Number: A-35-28-18-ZZZ-000005-41970.0;

(b)   the real property, attachments thereto, and appurtenances thereon, located at 2600 West Columbus Drive, Tampa, Florida 33607, more particularly described as:

Lot 1, Block 2, Villa Saint Louis, according to the plat thereof, as recorded in Plat Book 1, Page 59, of the Public Records of Hillsborough County, Florida.

Parcel Identification Number: A-15-29-18-4PS-000002-00002.0; and

(c)   the real property, attachments thereto, and appurtenances thereon, located at 7941 North Armenia Avenue, Tampa, Florida 33603, more particularly described as:

The South 100 feet of the North 130 feet of the East 250 feet of the West 280 feet of the Southwest quarter of the Northwest quarter of Section 26, Township 28 South, Range 18 East, Hillsborough County, Florida. Less the portion taken or conveyed for right-of-way purposes including such portion as described in the Official Records Book 4200, Page 1912, of the Public Records of Hillsborough County, Florida

Parcel Identification Number: A-26-28-18-ZZZ-000005- 38580.0.

Being fully advised of the relevant facts, the Court hereby finds that at least

$2,122,543.40 in proceeds was obtained from the conspiracy to solicit, receive, or

2

pay illegal remunerations, conspiracy to commit health care fraud, and payment of an illegal remuneration, to which the defendant pled guilty.

The Court further finds that, the assets identified above are directly traceable to the proceeds of the conspiracy charged in Count One to which the defendant pled guilty.

Accordingly, it is hereby:

ORDERED, ADJUDGED, and DECREED that for good cause shown, the United States' motion (Doc. 142) is GRANTED.

It is FURTHER ORDERED that, pursuant to 18 U.S.C. § 982(a)(7) and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, the defendant shall be held jointly and severally liable with co-defendant Lenin Perez and any other convicted co-conspirators for a forfeiture money judgment in the amount of $2,122,543.40.

It is FURTHER ORDERED that, pursuant to 18 U.S.C. § 982(a)(7) and Rule 32.2(b)(2), the assets identified above are hereby forfeited to the United States for disposition according to law.  The net proceeds of the assets forfeited will be credited towards the defendant's forfeiture money judgment.

It is FURTHER ORDERED that this order shall become a final order of forfeiture as to the defendant at the time it is entered.

The Court retains jurisdiction to address any third party claim that may be asserted in these proceedings, to enter any further order necessary for the

forfeiture and disposition of such property, and to order any substitute assets forfeiture to the United States up to the amount of the forfeiture money judgment.

DONE and ORDERED in Tampa, Florida, this 18th day of July, 2016.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Odd\2015\15-cr-175 forfeit 142 Lois Luis.docx